UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTILO LUCAS HERNANDEZ,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden Otay Mesa Detention Center; et al.,<br><br>                              Respondents. | Case No.:  26-cv-3959-BJC-JLB<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>**[ECF No. 1]** |

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated:  July 16, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-3959-BJC-JLB