UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTILO LUCAS HERNANDEZ,<br><br>                              Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden Otay Mesa Detention Center; et al.,<br><br>                              Respondents. | Case No.:  26-cv-3959-BJC-JLB<br><br>**ORDER GRANTING IN PART PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 1]** |

On July 9, 2026, Rutilo Lucas Hernandez ("Petitioner") filed a petition for a writ of habeas corpus.  ECF No. 1.  On July 16, 2026, the Court set a briefing schedule and issued a limited stay.  ECF No. 3.  On July 23, 2026, Respondents filed a return to the petition stating that "Respondents do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)."  ECF No. 4 at 2.

Having reviewed the pleadings, the Court **GRANTS IN PART** the petition for a writ of habeas corpus. Respondents **shall hold a bond hearing within fourteen days** of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225.  Respondents are enjoined from transferring Petitioner before a bond hearing takes place.  The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated:  August 12, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-3959-BJC-JLB